**UNPUBLICHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1201**

ROBERT BRAYBOY,

                Plaintiff – Appellant,

        v.

ROBESON COUNTY BOARD OF EDUCATION,

                Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  Malcolm J. Howard,
Senior District Judge.  (7:07-cv-00204-H)

Submitted:  November 18, 2010      Decided:  November 24, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Brayboy, Appellant Pro Se.  Curtis Hudson Allen, III,
Deborah R. Stagner, THARRINGTON & SMITH, LLP, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Brayboy appeals from the district court's judgment in Defendant's favor on his racial harassment and discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2010), and his disability harassment claim, brought pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C.A. §§ 12101 to 12213 (West 2005 & Supp. 2010). In his informal brief, Brayboy fails to address the district court's dispositive reasons for disposing of his claims and, thus, has forfeited appellate review of those rulings. See 4th Cir. R. 34(b) (limiting review to issues raised in the informal brief); see also Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999) (failure to raise issue in opening brief constitutes abandonment of that issue). Accordingly, we affirm the district court's judgment. See Brayboy v. Robeson County Bd. of Educ., No. 7:07-cv-00204-H (E.D.N.C. Jan. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED